IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN HANEY,

    Plaintiff,

v.

WEST CHESTER UNIVERSITY, et al.,

    Defendants.

CIVIL ACTION
NO. 18-02456

## ORDER

**AND NOW**, this 16th day of August 2018, upon consideration of Plaintiff John Haney's Motion for Preliminary Injunction (Doc. No. 2); Defendant West Chester University, Zebulun R. Davenport, Ph.D. and Christina Brenner's ("Defendants") Response in Opposition (Doc. No. 12); Plaintiff's Reply (Doc. No. 15); Defendants' Motion to Dismiss the Complaint (Doc. No. 9); Plaintiff's Response in Opposition (Doc. No. 10); Defendants' Reply (Doc. No. 28); the arguments of counsel during a telephone conference on the Motion for Preliminary Injunction held on July 2, 2018 (Doc. No. 8); and in accordance with the Opinion issued on this day, it is **ORDERED** as follows:

1. Plaintiff's Motion for Preliminary Injunction (Doc. No. 2) is **DENIED**.
2. Defendants' Motion to Dismiss (Doc. No. 9) is **GRANTED**.
3. The outstanding Motion to Expedite Discovery (Doc. No. 6) is **DENIED AS MOOT**.
4. The Clerk of Court shall close this case for statistical purposes.

    BY THE COURT:

    _/s/ Joel Slomsky_
    JOEL H. SLOMSKY, J.